RECEIVED
WD/AR
MAY 09 2008
U.S. CLERK'S OFFICE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAY 15 2008
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ELVIS LEE PATRICK                                                      PLAINTIFF

VS.                            CIVIL NO. 08-5114

MICHAEL ASTRUE,
COMMISSIONER SOCIAL SECURITY                                DEFENDANT

## MOTION TO APPEAL IN FORMA PAUPERIS

Comes now the Plaintiff herein, Elvis Lee Patrick, on May 9, 2008, and for his Motion to Proceed in Forma Pauperis states as follows:

1. That this Court has jurisdiction over these parties and over this cause of action.

2. That the Plaintiff is destitute and without funds, and makes this motion in the appeal of the above-captioned case to proceed without prepayment of fees or costs of service or giving security therefore.

WHEREFORE PREMISES CONSIDERED, the Plaintiff herein prays that he be allowed to proceed in Forma Pauperis, pursuant to U.S.C. § 1915.

Respectfully Submitted,
Elvis Lee Patrick, Plaintiff

By: _____
Mima Cazort, his attorney
P.O. Box 1985
Fayetteville, AR 72702
(479) 587-1243 phone
(479) 587-1157
AR Bar No: 84156